No. 20,682.

GEORGE W. PATTERSON, *Appellee*, v. THE UNCLE SAM OIL COMPANY, *Appellant*.

Appeal from Sedgwick district court, division No. 1; THOMAS C. WILSON, judge. Opinion filed June 9, 1917. Reversed.

*Redmond S. Brennan, Albert L. Wilson*, and *Mark T. Wilson*, all of Kansas City, Mo., for the appellant.

*John W. Adams, George W. Adams, H. T. Dedrick*, and *W. M. Dedrick*, all of Wichita, for the appellee.

*Per Curriam:* This case was submitted in connection with the foregoing case of *Hortense Patterson v. Uncle Sam Oil Company*, and the questions in issue being substantially identical in the two cases, the judgment in this case is also reversed and the cause remanded with directions to grant a new trial upon terms to be imposed by the court.